DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Ellis<br><br>Case Below:<br>167 N.C. App. 276 | No. 638PA04 | 1.  AG's Motion for Temporary Stay (COA03-1065) | 1. Allowed<br>**12/23/04** |
| | | 2.  AG's Petition for Writ of Supersedeas | 2. Allowed<br>05/04/05 |
| | | 3.  AG's PDR Under N.C.G.S. § 7A-31 | 3. Allowed<br>05/04/05 |
| | | 4.  Def's Motion for Extension of Time to Respond to State's PDR | 4. Allowed<br>**01/03/05** |
| State v. England<br><br>Case Below:<br>136 N.C. App. 670 | No. 331P05 | Def's PWC to Review the Decision of the COA (COA99-47) | Denied<br>06/30/05 |
| State v. Fennell<br><br>Case Below:<br>170 N.C. App. 197 | No. 301A05 | 1.  Def's NOA Based Upon Constitutional Question (COA04-898) | 1. —— |
| | | 2.  AG's Motion to Dismiss Appeal | 2. Allowed<br>06/30/05 |
| State v. Ferrer<br><br>Case Below:<br>170 N.C. App. 131 | No. 313P05 | 1.  Surety's (Aegis Security Insurance Co.) Petition for PDR Under N.C.G.S. § 7A-31 (COA04-935) | 1. Denied<br>06/30/05 |
| | | 2.  Respondent's (Randolph County Board of Education) Motion to Dismiss Petition | 2. Dismissed as moot<br>06/30/05 |
| State v. Gant<br><br>Case Below:<br>169 N.C. App. 457 | No. 234P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-496) | Denied<br>06/30/05 |
| State v. Gladden<br><br>Case Below:<br>168 N.C. App. 548 | No. 161P05 | 1.  Def's NOA Based Upon a Constitutional Question (COA03-1581) | 1. —— |
| | | 2.  AG's Motion to Dismiss Appeal | 2. Allowed<br>05/04/05 |
| | | 3.  Def's Alternative PDR Under N.C.G.S. § 7A-31 | 3. Denied<br>05/04/05 |
| State v. Gray<br><br>Case Below:<br>169 N.C. App. 457 | No. 248P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-478) | Denied<br>06/30/05 |
| State v. Hames<br><br>Case Below:<br>170 N.C. App. 312 | No. 33705 | AG's Motion for Temporary Stay (COA04-968) | Allowed<br>06/30/05 |